




Exhibit A